## IN THE UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTIONETTE WOODARD, individually and on behalf of a class of all persons and entities similarly situated,<br><br>           Plaintiff<br><br>vs.<br><br>QUOTE STORM HOLDINGS, LLC<br><br>          Defendant. | Case No. 23-cv-00055 |

## NOTICE OF SETTLEMENT

The plaintiff files this notice to advise the Court that the parties have tentatively reached

a settlement in this matter and hope to file a stipulation of dismissal within thirty days.


        PLAINTIFF,

        */s/ Anthony I. Paronich*
        Anthony I. Paronich
        Paronich Law, P.C.
        350 Lincoln Street, Suite 2400
        Hingham, MA 02043
        (508) 221-1510
        anthony@paronichlaw.com