# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Antionette Woodard

                            Plaintiff,

v.                                               Case No.: 1:23−cv−00055
                                                    Honorable Virginia M. Kendall

Quote Storm Holdings, LLC

                            Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Monday, August 21, 2023:

      MINUTE entry before the Honorable Virginia M. Kendall. Pursuant to Notice of Settlement [55], case is dismissed without prejudice and with leave to reinstate by 9/22/2023. If a motion to reinstate is not filed by 9/22/2023, the dismissal shall become final and will automatically convert to a dismissal with prejudice. Civil case terminated. Mailed notice(lk, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.